## WOOSTER v. LYONS.

If a person execute a written promise by a wrong name, he must be sued on the instrument in that name.

ERROR to the *Fayette* Circuit Court.

DEWEY, J.—Assumpsit. The declaration alleges that the defendant, " by the name and description of *Moses Ons*," executed his promissory note, &c. General demurrer to the declaration, and joinder. The Circuit Court sustained the demurrer, and rendered judgment for the defendant.

This decision was right. If a person execute a written promise by a wrong name, he must be sued in that name. To declare against him in his true name, averring that he

executed the instrument by the untrue description is erroneous. If to a suit against him in his assumed name he plead a misnomer, the replication may state the facts, and it will be sustained by the production of the instrument executed in the name in which he is sued. *Field* v. *Winlow*, Cro. Eliz. 897.—*Gould* v. *Barnes*, 3 Taunt. 504.—1 Chitt. Pl. 279.—1 Stark. Ev. 413.

*Per Curiam.*—The judgment is affirmed with costs.

*C. H. Test*, for the plaintiff.

*J. Perry*, for the defendant.